UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN JAMES KOHUTE,

Plaintiff,

v.

ARNOLD SWARTZENNEGAR,

Defendant.

Case No. 25-cv-10362-PCP

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

The above-captioned pro se civil rights action was filed on December 3, 2025. On that date, the Clerk notified Plaintiff that the action was deficient because he had neither paid the filing fee, nor filed a completed *in forma pauperis* ("IFP") application. Dkt. No. 4. Plaintiff was advised that failure to pay the fee or file the missing trust statement within 28 days would result in dismissal of the action. *See id*.

Plaintiff did not pay the filing fee or file a trust statement. The deadline by which to do so has passed. This federal civil rights action is DISMISSED without prejudice for failure to comply with the Clerk's Notice and for failure to prosecute. *See* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Plaintiff may ask to reopen the action. To do this, he must file a motion with the words MOTION TO REOPEN written on the first page **and** must file and perfect his IFP application.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: February 23, 2026

_____

P. Casey Pitts
United States District Judge

United States District Court
Northern District of California